**DEBTOR:** Stephen D. Harm     **CASE NUMBER:** *17-13034*

## OFFICE OF THE UNITED STATES TRUSTEE

### REGION 11
### MONTHLY OPERATING REPORT
### CHAPTER 11
### INDIVIDUAL DEBTORS

### Form 3
### COVER SHEET AND QUESTIONNAIRE

**For Period Ended:** April 30 2018

---

*FILE THIS REPORT WITH THE COURT NO LATER THAN 21 DAYS AFTER THE END OF THE MONTH*

Debtor must attach each of the following reports / documents unless the U. S. Trustee has waived the requirement in writing.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| ✓ | ☐ | 1  Cash Flow Statement (Page 2) |
| ✓ | ☐ | 2  Cash Reconciliation(s) and Narrative (Page 3) |
| ✓ | ☐ | 3  Cash Receipts Detail (Page 4) |
| ✓ | ☐ | 4  Cash Disbursements Detail (Page 5) |
| ✓ | ☐ | 5  **Bank Statements for All Bank Accounts** (redact all but last four digits of bank account number for Court filing; - Send UST office unredacted statements) |

*(handwritten notes at right: orig to US Trustee / copy to clt / conf file / 5/29/18)*

---

| QUESTIONNAIRE | Yes | No |
|---|---|---|
| Please answer the questions below for the month being reported: | | |
| 1. Did you deposit all receipts into your DIP account this month? | ✓ | |
| 2. Are all insurance policies current and in effect? | ✓ | |
| 3. Have all post-petition taxes been timely filed and paid? | | ✓ |
| 4. Did you pay all your post-petition bills on time this month? | | ✓ |
| 5. Are you current on U.S. Trustee quarterly fees payments? | ✓ | |
| 6. Did you borrow money from anyone this month? | | ✓ |
| 7. Did you pay any bills you owed before you filed for bankruptcy? | | ✓ |
| 8. Do you have any bank accounts open other than the DIP account(s)? | | ✓ |
| 9. Have you paid your attorney or other professionals this month? | | ✓ |
|    9a. If yes, did you have Court approval to do so? | | |
| 10. Did you have any unusual or significant expenses this month? | | ✓ |

---

*I declare under penalty of perjury that this Monthly Operating Report, and any statements and attachments are true, accurate and correct to the best of my belief.*

**Executed on:** 5/24/18     **Signature (Debtor):**

**Print name:** STEPHEN HARM

Rev. 2014-09
PAGE 1

**DEBTOR:** Stephen D Harm          **CASE NUMBER:** *17-13034*

### CASH FLOW STATEMENT - INDIVIDUAL DEBTOR(S)

Month Reporting: _____

<u>CASH FLOW SUMMARY (SEE NOTE A)</u>

1. **Beginning Cash Balance** (from last month's report)   $ 249.40     (1)

2. **Cash Receipts**

| | |
|---|---|
| Wages | |
| Sole Proprietorship Revenues | |
| Draws from owned entities other than Sole Prop | |
| Rental Income | 11477.19 |
| Other _____ | |
| Total Cash Receipts | $ 11477.19 |

3. **Cash Disbursements**

| | |
|---|---|
| Rent or home mortgage payment | $ |
| Utilities and Telephone Expenses | |
| Home maintenance (repairs/upkeep) | |
| Food / Groceries | |
| Insurance payments | 63.34 |
| Installment payments (including auto) | |
| Transportation (not including car payments) | 104.25 |
| Legal / Professional Fees / U.S. Trustee Fees | |
| Sole Proprietorship Expenses | |
| Rental property expenses / repairs | 6278.04 |
| Other   Adequate Protection | 2828.95 |
| Other   Bank Fees | 16 |
| Other   Negative Rent (WHA) | 353.71 |
| Miscellaneous | 146.55 |
| Total Cash Disbursements | $ 9790.84 |

4. **Net Cash Flow for Month** (Total Cash Receipts less Total Cash Disbursements)   1686.35

5. **Ending Cash Balance** (Beginning Cash Balance + Net Cash Flow for month)   $ 1935.75     (2)

### CALCULATION OF DISBURSEMENTS FOR UNITED STATES TRUSTEE QUARTERLY FEES

| | |
|---|---|
| Total Cash Disbursements for the Month *(from above)* | 9790.84 |
| Less: Transfers between debtor bank accounts *(if included in Disbursements above)* | 353.71 |
| Add: Any amounts paid on behalf of the debtor by others | |
| **Disbursements for U.S. Trustee Fee Calculation** | 9437.13 |

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*          Rev. 2014-09

*(1) Current month beginning cash balance should equal the previous month's ending balance.*          PAGE 2

*(2) Ending Cash Balance should equal page 3, reconciled total of all bank accounts.*

**DEBTOR:**  **Stephen D Harm**          Case Number:: *17-13034*

## BANK and CASH RECONCILIATIONS

Month ending: Apr 30th 2018

| | Acct #1 | Acct #2 | Acct #3 | Cash |
|---|---|---|---|---|
| Name of Bank: | CCU | CCU | | |
| Last four digits of account | 0150 | 0050 | | |
| Purpose of Acct (Personal or Business) | Business | Business | | |
| Type of account (Checking or Savings) | Checking | Savings | | |
| Balance per Bank Statement or Cash (@ end of month) | 1925.75 | 10 | | |
| ADD: Cash receipts not yet credited by bank (attach list) | | | | |
| SUBTRACT: O/S checks not yet cleared bank (attach list) | | | | |
| Other reconciling items (attach list) | | | | |
| Month end Balance (Must agree with books) | 1925.75 | 10 | | |
| TOTAL OF ALL ACCOUNTS and CASH | | | | 1935.75 |(2)

Note: Attach a copy of the bank statement for each account

### AMOUNTS OWED TO OTHERS at the end of the Month (post petition)

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | |
| TOTAL OWED POST PETITION | |

### AMOUNTS OWED TO YOU at the end of the Month (both pre and post petition)

| | |
|---|---|
| - Personally (attach list stating who, amount, when due) | |
| - Business (if applicable) (attach list) | 64579.55 |
| TOTAL AMOUNT OWED TO YOU | 64579.55 |

## NARRATIVE

Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring transactions that are reported in the cash flow statement and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.

| |
|---|
| Amounts owed to business is back rent from Warehouse Alliance, Inc. WHA continues to pay this balance |
| |
| |

*(2)  Total of all accounts should equal page 2, line 5 - Ending Cash Balance.*

Rev. 2014-09
PAGE 3

**DEBTOR:** Stephen D Harm          **CASE NO:** *17-13034*

### CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: Apr 1 to Apr 30

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 4/2 | Stamp N Hand | Rent | 2091.42 |
| 4/3 | Scotch & Surf | Rent | 1769.00 |
| 4/5 | Warehouse Alliance, Inc. | Rent | 1450.00 |
| 4/6 | Warehouse Alliance, Inc | Rent | 300.00 |
| 4/9 | Warehouse Alliance, Inc | Rent | 600.00 |
| 4/12 | Warehouse Alliance, Inc | Rent | 1500.00 |
| 4/17 | Of Conscience | Rent | 100.00 |
| 4/25 | Stamp N Hand | Rent (May,early) | 1876.77 |
| 4/25 | Scotch & Surf | Rent (May, early) | 1565.00 |
| 4/30 | Of Conscience/Alex Marcou | Rent | 225.00 |
| | | | |
| | | | |
| | | | |

**Total Cash Receipts**     $ 11477.19 ___ (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash receipts listed on page 2.*

Rev. 2014-09
PAGE 4

**DEBTOR:** _Stephen A Horn_        **CASE NO:** _17-13034_

## CASH RECEIPTS DETAIL (SEE NOTE A)

For Period: _____ to _____

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |
|      |       |             |        |

**Total Cash Receipts**        $ _____ (1)

*(A)* The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.

*(1)* Total for all accounts should agree with total cash receipts listed on page 2.

Rev. 2014-09
PAGE 4

**DEBTOR:** Stephen D Harm     **CASE NO:** *17-13034*

### CASH DISBURSEMENTS DETAIL (SEE NOTE A)

For Period: __Apr 1__ to __Apr 23__

*(attach additional sheets as necessary)*

**Debtor In Possession Account:**

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 4/3 | | Premium Finance | Rental Prop Expense (insurance) | 975.70 |
| 4/3 | | Alliance Member Services | Neg Rent Inc (WHA ins) | 353.71 |
| 4/5 | 466946 | Altra FCU | Adequate Protection | 2828.95 |
| 4/5 | | Verve ACU | Bank Fees | 2.00 |
| 4/5 | 466947 | Altra FCU | Rental Prop Expense (taxes) | 1360.27 |
| 4/5 | | Verve ACU | Bank Fees | 2.00 |
| 4/9 | | Holmen BP | Transportation | 11.25 |
| 4/9 | 467385 | County of La Crosse | Rental Prop Expense (taxes) | 885.44 |
| 4/9 | | Verve ACU | Bank Fees | 2.00 |
| 4/16 | | Holmen BP | Transportation | 21.25 |
| 4/16 | | Premium Finance | Rental Prop Expense (insurance) | 975.70 |
| 4/18 | | GoDaddy | Rental Prop Expense (Advert.) | 30.34 |
| 4/18 | | Bernie Buchner | Rental Prop Expense (repair) | 100.00 |
| 4/19 | | Kwik Trip | Transportation | 17.00 |
| 4/20 | | CBS Graphics | Rental Prop Expense (advert) | 97.15 |
| 4/21 | | Mileage | Transportation | 27.00 |
| 4/23 | 3077 | City Treasurer | Parking | 126.60 |
| 4/23 | | Microsoft | Software licensing | 19.95 |

**Total Cash Disbursements** $ Continued- (1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2014-09
PAGE 5

DEBTOR: _Stephan A Hoem_          CASE NO: _17-13034_

## CASH DISBURSEMENTS DETAIL (SEE NOTE A)
For Period: _____ to _____

*(attach additional sheets as necessary)*

**Debtor In Possession Account:** _____

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
| 4/24 | | Bankers Life | Insurance | 63.34 |
| 4/25 | | Mileage | Transportation | 27.75 |
| 4/25 | | Billmatrix | Rental Property Expense (ins) | 1823.45 |
| 4/27 | | GoDaddy | Rental Property Expense (advert) | 29.99 |
| 4/30 | | Verve ACU | Bank Fees | 10.00 |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

**Total Cash Disbursements**          $ 9790.84 ___(1)

*(A) The term "cash" includes all forms of currency i.e., checks, cash, money orders, etc.*

*(1) Total for all accounts should agree with total cash disbursements listed on page 2.*

Rev. 2014-09
PAGE 5

**DEBTOR:**  Stephen D Harm                    Case Number:: *17-13034*

## RENTAL INFORMATION by PROPERTY

| | Property #1 | Property #2 | Property #3 | Property #4 |
|---|---|---|---|---|
| Property Address | 330 Pearl | 320 Pearl | | |
| Type of property (commercial, apartment, land, etc.) | Commercial | Commerc | | |
| Number of units in building - total | 6 | 6 | | |
| Number of units in building - rented this month | 4 | 1 | | |
| Gross $ rent due this month - if all units were rented | 6271.06 | 13803.26 | | |
| Net $ rent due this month - based only on units rented | 5921.06 | 1769.32 | | |
| Actual Net rent collected this month - per property | 8143.19 | 3334.00 | | |
| TOTAL RENT COLLECTED THIS MONTH | | | | 11477.19 (3) |

*If Net Rent Due this month is greater than the Actual Net Rent Collected, please explain why below:*

*Any Net Rent Due that was not collected this month should be added to the "Amounts Owed to You" on page 3.*

Rev. 2014-09
PAGE 6

*(3)  Total rent collected should equal page 2, line 2 - "Rental Income".*



a credit union

800.448.9228 | verveacu.com
2900 Universal St · Oshkosh WI 54904

# Statement of Account

| From: | 4/01/18 to 4/30/18 |
|---|---|
| Member #: | |

Protect Your Account with a Code Word.
To add a code word to your account, go to the Info
Center tab in online banking, click on personal
information and follow the on-screen prompts. Or,
visit a branch or call 800.448.9228, option 4.

**WH PROPERTIES DEBTOR IN POSS**
**806 STARLITE DR**
**HOLMEN, WI 54636-7314**

## MEMBERSHIP SUMMARY INFORMATION FOR MEMBER # ___ AS OF 4/30/18

| Suffix | Account Description | Beginning Balance | Total Debits | Total Credits | Ending Balance | Last Tran |
|---|---|---|---|---|---|---|
| 050 | BUSINESS SAVINGS | 10.00 | .00 | .00 | 10.00 | 11/02/15 |
| 150 | BUSINESS CHECKING | 239.40 | 9,790.84 | 11,477.19 | 1,925.75 | 4/30/18 |

## BUSINESS SAVINGS

Year-to-Date Divd Paid:          $.00
Divd Rate:          100.00 to 999,999,999.99 =  0.10%

No Activity on Account, Last Trans Date: 11/02/15          Balance: $10.00

## BUSINESS CHECKING

Year-to-Date Divd Paid:          $.00

### Transaction Detail

| Date | Transaction Type | #/ID | Transfer Acct | Deposit | Withdrawal | Balance | ** Check Recon ** Chk # | Amount |
|---|---|---|---|---|---|---|---|---|
| **4/01/18** | * Beginning Balance * | | | | | **$239.40** | 3077 | $126.60 |
| 4/02/18 | BUS CHECKI DEPOSIT | 6B | | $2,091.42 | | $2,330.82 | | |
| 4/03/18 | BUS CHECKI DEPOSIT | H0 | | $1,769.00 | | $4,099.82 | | |
| 4/03/18 | ACH/Premium Assignme Insur.Pmt. | | | | $975.70- | $3,124.12 | | |
| 4/04/18 | DBT/WDR ALLIANCE MEMBER SERVIC SANTA CRUZ CA | | | | $353.71- | $2,770.41 | | |
| 4/05/18 | MEMBER TRANSFER WAREHOUSE ALLIANCE INC | 72 | | $1,450.00 | | $4,220.41 | | |
| 4/05/18 | BUS CHECKI CHECK W/D CHECK/MO # | 72 | | | $2,828.95- | $1,391.46 | | |
| 4/05/18 | BUS CHECKI CASHIER'S | 72 | | | $2.00- | $1,389.46 | | |
| 4/05/18 | BUS CHECKI CHECK W/D CHECK/MO | 72 | | | $1,360.27- | $29.19 | | |
| 4/05/18 | BUS CHECKI CASHIER'S | 72 | | | $2.00- | $27.19 | | |
| 4/06/18 | MEMBER TRANSFER WAREHOUSE ALLIANCE INC | V1 | | $300.00 | | $327.19 | | |
| 4/09/18 | POS/WDR HOLMEN QUICK ST HOLMEN WI | | | | $11.25- | $315.94 | | |
| 4/09/18 | BUS CHECKI DEPOSIT | G0 | | $600.00 | | $915.94 | | |
| 4/09/18 | BUS CHECKI CHECK W/D CHECK/MO | G0 | | | $885.44- | $30.50 | | |
| 4/09/18 | BUS CHECKI CASHIER'S | G0 | | | $2.00- | $28.50 | | |
| 4/12/18 | PHONE TRANSFER WAREHOUSE ALLIANCE INC | I3 | | $1,500.00 | | $1,528.50 | | |
| 4/16/18 | POS/WDR HOLMEN QUICK ST HOLMEN WI | | | | $21.25- | $1,507.25 | | |

**VERVE, A CREDIT UNION**          Member #          **WH PROPERTIES DEBTOR IN POSS**                    Page 2 of 2

| Date | Transaction Type | #/ID | Transfer Acct | Deposit | Withdrawal | Balance |
|---|---|---|---|---|---|---|
| 4/16/18 | ACH/Premium Assignme Insur.Pmt. | | | | $975.70- | $531.55 |
| 4/17/18 | BUS CHECKI DEPOSIT | H0 | | $100.00 | | $631.55 |
| 4/18/18 | DBT/WDR DNH*GODADDY.COM 480-505-8855 AZ | | | | $30.34- | $601.21 |
| 4/18/18 | DBT/WDR BERNIE BUCHNER PLUMBIN LA CROSSE WI | | | | $100.00- | $501.21 |
| 4/19/18 | POS/WDR KWIK TRIP 568 HOLMEN WI 115 HALE DR | | | | $17.00- | $484.21 |
| 4/20/18 | POS/WDR NNT CBS GRAPHIC LA CROSSE WI 72 COPELAND AVE | | | | $97.15- | $387.06 |
| 4/21/18 | POS/WDR LA CROSSE MILEA LA CROSSE WI | | | | $27.00- | $360.06 |
| 4/23/18 | CHECK | 3077 | | | $126.60- | $233.46 |
| 4/23/18 | DBT/WDR MICROSOFT *OUTLOOK WA | | | | $19.95- | $213.51 |
| 4/24/18 | ACH/BANKERS LIFE 357 INS PREM | | | | $63.34- | $150.17 |
| 4/25/18 | BUS CHECKI DEPOSIT | H0 | | $3,441.77 | | $3,591.94 |
| 4/25/18 | POS/WDR LA CROSSE MILEA LA CROSSE WI | | | | $27.75- | $3,564.19 |
| 4/25/18 | EDB/WDR BillMatrix Minneapolis MN XCEL/BillMatrix | | | | $1,823.45- | $1,740.74 |
| 4/27/18 | DBT/WDR DNH*GODADDY.COM AZ | | | | $29.99- | $1,710.75 |
| 4/30/18 | BUS CHECKI DEPOSIT | 69 | | $225.00 | | $1,935.75 |
| 4/30/18 | LOW BALANCE FEE | | | | $10.00- | $1,925.75 |
| 4/30/18 | ** Ending Balance ** | | | $11,477.19* | $9,790.84* | $1,925.75 |

| NSF FEE summary this period: | .00 | Year-to-Date: | .00 |
|---|---|---|---|
| COURTESY PAY/OD FEE summary this period: | .00 | Year-to-Date: | 32.00 |

# Disclosures

Loan number(s) followed by an asterisk (*) are open end credit accounts. With regard to those accounts, the balance subject to interest rate (shown in the "Balance" column) is the unpaid balance each day after credits are subtracted and the new advances or charges are added. The Finance Charge is computed on the daily outstanding balance by applying the daily periodic rate to the balance for the exact number of days such balance remains outstanding. The outstanding balance is shown in the columns marked balance and the daily periodic rate is disclosed after the account number. The ANNUAL PERCENTAGE RATE, which is determined by multiplying the Daily Periodic Rate by the number of periods in the year (365), is likewise disclosed after the account number.

Your savings are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.





a credit union

800 448 9228 , verveacu.com
2900 Universal St   Oshkosh WI 54904

# Statement of Account

From: **4/01/18 to 4/30/18**
Member #:

Protect Your Account with a Code Word.
To add a code word to your account, go to the Info
Center tab in online banking, click on personal
information and follow the on-screen prompts. Or,
visit a branch or call 800.448.9228, option 4.

WAREHOUSE ALLIANCE INC
PO BOX 2044
LA CROSSE, WI 54602-2044

## MEMBERSHIP SUMMARY INFORMATION FOR MEMBER ██████ AS OF 4/30/18

| Suffix | Account Description | Beginning Balance | Total Debits | Total Credits | Ending Balance | Last Tran |
|---|---|---|---|---|---|---|
| | NON-PROFIT SAVINGS | 5.00 | .00 | .00 | 5.00 | 12/07/15 |
| | NON-PROFIT CHECKING | 69.25 | 5,413.70 | 5,743.51 | 399.06 | 4/30/18 |

## NON-PROFIT SAVINGS

Year-to-Date Divd Paid:        $.00

No Activity on Account, Last Trans Date: 12/07/15          Balance: $5.00

## NON-PROFIT CHECKING

Year-to-Date Divd Paid:        $.00

### Transaction Detail

| Date | Transaction Type | #/ID | Transfer Acct | Deposit | Withdrawal | Balance | ** Check Recon ** Chk # | Amount |
|---|---|---|---|---|---|---|---|---|
| **4/01/18** | * Beginning Balance * | | | | | **$69.25** | 3031 | $135.00 |
| 4/01/18 | DBT/WDR ██████ FACEBK ██████ MENLO PARK CA | | | | $15.00- | $54.25 | | |
| 4/02/18 | ACH/Square Inc ██████ SHOWS | | | $37.67 | | $91.92 | | |
| 4/03/18 | POS/WDR ██████ USPS PO ██████ LA CROSSE WI 425 STATE ST STE 100 | | | | $10.00- | $81.92 | | |
| 4/05/18 | NP CHECKI DEPOSIT | 72 | | $2,240.00 | | $2,321.92 | | |
| 4/05/18 | MEMBER TRANSFER STEPHEN D HARM | 72 | ██████ | | $1,450.00- | $871.92 | | |
| 4/05/18 | NP CHECKI CASH W/D | 72 | | | $550.00- | $321.92 | | |
| 4/05/18 | POS/WDR ██████ OFFICE DEPOT 00 LACROSSE WI 3131 US HIGHWAY #16 | | | | $65.40- | $256.52 | | |
| 4/05/18 | POS/WDR ██████ WOODMAN S FOOD ONALASKA WI 9515 STATE HIGHWAY 16 | | | | $57.92- | $198.60 | | |
| 4/06/18 | ACH/PAYPAL TRANSFER | | | $97.50 | | $296.10 | | |
| 4/06/18 | ACH/PAYPAL TRANSFER | | | $134.43 | | $430.53 | | |
| 4/06/18 | NP CHECKI DEPOSIT | V1 | | $302.00 | | $732.53 | | |
| 4/06/18 | MEMBER TRANSFER STEPHEN D HARM | V1 | ██████ | | $300.00- | $432.53 | | |
| 4/07/18 | DBT/WDR ██████ SXM*SIRIUSXM.COM/ACCT 888-635-5144 NY | | | | $12.24- | $420.29 | | |
| 4/07/18 | DBT/WDR ██████ INT*IN *TRISTATE SOUND ONALASKA WI | | | | $61.98- | $358.31 | | |
| 4/09/18 | ACH/Square Inc | | | $127.14 | | $485.45 | | |

**VERVE, A CREDIT UNION**   Membe   **WAREHOUSE ALLIANCE INC**   Page 2 of 3

| Date | Transaction Type | #/ID | Transfer Acct | Deposit | Withdrawal | Balance |
|------|------------------|------|---------------|---------|------------|---------|
| | ▮▮▮ SHOWS | | | | | |
| 4/09/18 | ACH/Square Inc | | | $78.49 | | $563.94 |
| | ▮▮▮ SHOWS | | | | | |
| 4/09/18 | NP CHECKI DEPOSIT | G0 | | $256.00 | | $819.94 |
| 4/09/18 | NP CHECKI CASH W/D | G0 | | | $600.00- | $219.94 |
| 4/09/18 | ACH/WePay SV9T | | | | $45.75- | $174.19 |
| | WEPAY | | | | | |
| 4/10/18 | ACH/Bill.com | | | $0.46 | | $174.65 |
| | Verify | | | | | |
| 4/10/18 | ACH/Bill.com | | | | $0.46- | $174.19 |
| | Verify | | | | | |
| 4/12/18 | ACH/SHOWCLIX TS | | | $925.00 | | $1,099.19 |
| | TICKET PAY | | | | | |
| 4/12/18 | NP CHECKI DEPOSIT | 72 | | $500.00 | | $1,599.19 |
| 4/12/18 | PHONE TRANSFER | I3 | ▮▮▮XXXX▮-1501 | | $1,500.00- | $99.19 |
| | STEPHEN D HARM | | | | | |
| 4/12/18 | POS/WDR▮▮▮▮0005157 | | | | $58.75- | $40.44 |
| | NNT CBS GRAPHIC LA CROSSE WI 72 COPELAND AVE | | | | | |
| 4/16/18 | ACH/Square Inc | | | $0.01 | | $40.45 |
| | SDV-VRFY | | | | | |
| 4/16/18 | ACH/Square Inc | | | | $0.01- | $40.44 |
| | SDV-VRFY | | | | | |
| 4/17/18 | NP CHECKI DEPOSIT | V1 | | $30.00 | | $70.44 |
| 4/17/18 | NP CHECKI DEPOSIT | H0 | | $50.00 | | $120.44 |
| 4/18/18 | ACH/SHOWCLIX TS | | | $118.50 | | $238.94 |
| | Showclix | | | | | |
| 4/20/18 | DBT/WDR▮▮▮▮▮▮▮ | | | | $229.78- | $9.16 |
| | USCC IVR ▮▮▮▮▮▮▮IL | | | | | |
| 4/21/18 | NP CHECKI DEPOSIT | V1 | | $166.00 | | $175.16 |
| 4/23/18 | ACH/PAYPAL | | | $0.20 | | $175.36 |
| | VERIFYBANK | | | | | |
| 4/23/18 | ACH/PAYPAL | | | $0.18 | | $175.54 |
| | VERIFYBANK | | | | | |
| 4/23/18 | ACH/PAYPAL | | | $36.93 | | $212.47 |
| | TRANSFER | | | | | |
| 4/23/18 | ACH/Square Inc | | | $50.05 | | $262.52 |
| | ▮▮▮ SHOWS | | | | | |
| 4/23/18 | ACH/Square Inc | | | $39.38 | | $301.90 |
| | ▮▮▮ SHOWS | | | | | |
| 4/23/18 | NP CHECKI DEPOSIT | 72 | | $80.00 | | $381.90 |
| 4/23/18 | ACH/PAYPAL | | | | $0.38- | $381.52 |
| | VERIFYBANK | | | | | |
| 4/25/18 | CHECK▮▮▮0008228104▮▮ | 3031 | | | $135.00- | $246.52 |
| 4/26/18 | ACH/SHOWCLIX TS | | | $60.00 | | $306.52 |
| | TICKET PAY | | | | | |
| 4/27/18 | DBT/WDR▮▮▮▮▮▮▮▮ | | | | $182.19- | $124.33 |
| | CHARTER COMM▮▮▮▮MO | | | | | |
| 4/27/18 | NP CHECKI CASH W/D | 69 | | | $110.00- | $14.33 |
| 4/27/18 | POS/WDR▮▮▮▮▮▮▮▮ | | | | $4.42- | $9.91 |
| | OFFICE DEPOT 00 LACROSSE WI 3131 US HIGHWAY #16 | | | | | |
| 4/27/18 | POS/REV▮▮▮▮▮▮▮▮ | | | $4.42 | | $14.33 |
| | OFFICE DEPOT 00 LACROSSE WI 3131 US HIGHWAY #16 | | | | | |
| 4/27/18 | POS/WDR▮▮▮▮0004012 | | | | $4.42- | $9.91 |
| | OFFICE DEPOT 00 LACROSSE WI 3131 US HIGHWAY #16 | | | | | |
| 4/30/18 | ACH/Square Inc | | | $42.78 | | $52.69 |
| | ▮▮▮SHOWS | | | | | |
| 4/30/18 | ACH/Square Inc | | | $30.37 | | $83.06 |
| | ▮▮▮ SHOWS | | | | | |
| 4/30/18 | NP CHECKI DEPOSIT | 69 | | $336.00 | | $419.06 |
| 4/30/18 | DBT/WDR▮▮▮▮▮▮▮ | | | | $20.00- | $399.06 |
| | FACEBK ▮▮▮▮▮▮MENLO PARK CA | | | | | |
| **4/30/18** | **** Ending Balance **** | | | **$5,743.51*** | **$5,413.70*** | **$399.06** |

| | | | |
|---|---|---|---|
| NSF FEE summary this period: | .00 | Year-to-Date: | 32.00 |
| COURTESY PAY/OD FEE summary this period: | .00 | Year-to-Date: | .00 |

**VERVE, A CREDIT UNION**                    *Member*            **WAREHOUSE ALLIANCE INC**                    *Page 3 of 3*

# Disclosures

Loan number(s) followed by an asterisk (*) are open end credit accounts. With regard to those accounts, the balance subject to interest rate (shown in the "Balance" column) is the unpaid balance each day after credits are subtracted and the new advances or charges are added. The Finance Charge is computed on the daily outstanding balance by applying the daily periodic rate to the balance for the exact number of days such balance remains outstanding. The outstanding balance is shown in the columns marked balance and the daily periodic rate is disclosed after the account number. The ANNUAL PERCENTAGE RATE, which is determined by multiplying the Daily Periodic Rate by the number of periods in the year (365), is likewise disclosed after the account number.

Your savings are federally insured to at least $250,000 and backed by the full faith and credit of the United States Government.

